## Exhibit A

## Schedule of Transfers to Helly Nahmad Gallery Inc.

| Date of Transfer | Transfer Type | Transfer Amount |
|---|---|---|
| 09/06/2017 | WIRE | $40,000 |