## **Exhibit B**

### Antecedent Debts Owed by the Debtor

| Date of Loan | Description | Loan Amount |
|---|---|---|
| 12/09/2016 | Note | $400,000 |